

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2021

No. 04-21-00058-CV

**DIAMOND ENVIRONMENTAL MANAGEMENT, L.P.**; Bexar County Emergency Service District No. 5; and Bexar County Emergency Service District No. 10,
Appellants

v.

**CITY OF SAN ANTONIO, TEXAS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-26125
Honorable Aaron Haas, Judge Presiding

# O R D E R

On September 14, 2021, appellants, Bexar County Emergency Services District No. 5 and Bexar County Emergency Services District No. 10, filed an unopposed motion for an extension of time in which to file a reply brief. The motion is GRANTED and appellants are ORDERED to file their reply brief **no later than October 13, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court